```
                                                              USDC SDNY
                                                              DOCUMENT
                                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                                  DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                                 DATE FILED: 7/30/2020
------------------------------------------------------------X
    MINDEN PICTURES INC.,                   :
                                            :
                            Plaintiff,      :
              -against-                     :            1:20-cv-02109-GHW
                                            :
    CONTENT IQ LLC,                         :                 ORDER
                                            :
                            Defendant.      :
------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

On July 2, 2020, the Court issued an order conditionally discontinuing this action. Dkt No. 15, Pursuant to the terms of that order, the plaintiff was provided the option to apply for restoration of the action to the active calendar of the Court by the date that was 30 days following the issuance of the order. In accordance with the terms of that order, if the plaintiff failed to apply for restoration of the case by that date, the case would be automatically dismissed with prejudice.

By letter dated July 30, 2020, the parties have requested that the Court extend the deadline for the plaintiff to apply for restoration of the case to the Court's active calendar, or, alternatively, for the parties to submit a stipulation of settlement and dismissal.[1] That application is GRANTED. Accordingly, the deadline for the plaintiff to apply for restoration of the case to the Court's active calendar, or, alternatively, for the parties to submit a stipulation of settlement and dismissal, is

---

[1] As explained in Rule 4(D) of the Court's Individual Rules of Practice in Civil Cases, the Court will not retain jurisdiction to enforce confidential settlement agreements. If the parties wish that the Court retain jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the public record.

extended to September 5, 2020.

    SO ORDERED.

Dated: July 30, 2020

                                                  GREGORY H. WOODS  
                                                United States District Judge